## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01230-BNB

BEAUX GORDON SINES,

    Applicant,

v.

JOHN KAMMERZELL, United States Marshal, District of Colorado,

    Respondent.

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

Applicant, Beaux Gordon Sines, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the correctional facility in Trinidad, Colorado. He has submitted *pro se* an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1). As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Applicant will be directed to cure the following if he wishes to pursue any claims in this court in this action. Any papers that Applicant files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  <u> X </u>  is not submitted
(2)  <u>   </u>  is missing affidavit
(3)  <u>   </u>  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  <u> X </u>  is missing certificate showing current balance in prison account
(5)  <u>   </u>  is missing required financial information
(6)  <u>   </u>  is missing an original signature by the prisoner
(7)  <u>   </u>  is not on proper form (must use the court's current form)
(8)  <u>   </u>  names in caption do not match names in caption of complaint, petition or

|   |   |   |
|---|---|---|
|   |   | habeas application |
| (9) | _X_ | other: The § 1915 motion and affidavit and certificate showing prison account balance are necessary only if the $5.00 filing fee is not paid in full in advance. |

**Complaint, Petition or Application**:
(10) ___ is not submitted
(11) ___ is not on proper form
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ names in caption do not match names in text
(16) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17) _X_ other: The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian. John Kammerzell is not a proper party to this action.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Applicant files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Applicant shall obtain the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and use those forms in curing the designated deficiencies. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED May 10, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge