IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01230-BNB

BEAUX GORDON SINES,

    Applicant,

v.

ED CALEY, Warden, Trinidad Correctional Facility,

    Respondent.

## ORDER OVERRULING OBJECTION

    This matter is before the Court on the objection titled "Objection to 'Order to File Preliminary Response'" filed *pro se* on August 12, 2013, by Applicant, Beaux Gordon Sines.  Mr. Sines is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Trinidad Correctional Facility in Model, Colorado. Mr. Sines objects to the reference to the Rules Governing Habeas Corpus Cases Under Section 2254 (Section 2254 Rules) in Magistrate Judge Boyd N. Boland's order of August 2, 2013 (ECF No. 22), directing Respondent to file a preliminary response.  He objects to the application of the Section 2254 Rules to the instant habeas corpus action initiated pursuant to 28 U.S.C. § 2241.

    Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.  The Court has reviewed the file and finds that Magistrate Judge Boland's August 2 order to file a preliminary response is not clearly erroneous or contrary to law.

Magistrate Judge Boland's August 2 order refers to Rule 1(b) of the Section 2254 Rules.  *See* ECF No. 22 at 1.  Rule 1(b) provides that "[t]he district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a)," which governs § 2254 actions.  Therefore, pursuant to Rule 1(b), the Section 2254 Rules are made applicable to § 2241 actions.

Mr. Sines also objects to the August 2 order allowing Respondent twenty-one days to file a preliminary response.  Rule 4 of the Section 2254 rules provides that, if the application is not dismissed on initial review, the Court must order Respondent to file an answer or other response "within a fixed time, or take some other action the judge may order."  Twenty-one days is a fixed time that complies with the Section 2254 Rules.

This matter also is before the Court on the notice of change of address (ECF No. 27) Mr. Sines filed on August 12.  In the notice of address change, Mr. Sines asks the Court to change his mailing address to 2100 Highway 350 East, Model, CO 81059.  However, this address is listed on the Colorado Department of Corrections website as the facility location address, and the mailing address is listed as P.O. Box 2000, Trinidad, CO 81082.  *See* www.doc.state.co.us.  The Post Office box mailing address is the address the Court has been using to date to mail orders to Mr. Sines.  None of those orders has been returned to the Court as undeliverable.  However, in an abundance of caution, the Court has added the Model facility location address to the Post Office box mailing address for the instant order.  If neither mailing of this order is returned to the Court as undeliverable, the Model facility location address will be eliminated.

Accordingly, it is

ORDERED that the objection titled "Objection to 'Order to File Preliminary Response'" filed *pro se* on August 12, 2013, by Applicant, Beaux Gordon Sines, is overruled. It is

FURTHER ORDERED that the facility location address of 2100 Highway 350 East, Model, CO 81059, added by the clerk of the Court to the mailing address of P.O. Box 2000, Trinidad, CO 81082, for the mailing of this order will be eliminated if neither mailing of this order is returned to the Court as undeliverable.

DATED at Denver, Colorado, this  15th  day of   August  , 2013.

BY THE COURT:


 s/ Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court