IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01230-BNB

BEAUX GORDON SINES,

     Applicant,

v.

ED CALEY, Warden, Trinidad Correctional Facility,

     Respondent, and

UNITED STATES OF AMERICA,

     Interested Party.

---

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

     The motion for leave to file a surreply (ECF No. 41) filed on September 11, 2013, by interested party, the United States of America, is GRANTED.

Dated:  September 13, 2013