IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01230-LTB

BEAUX GORDON SINES,

     Applicant,

v.

ED CALEY, Warden, Trinidad Correctional Facility,

     Respondent, and

UNITED STATES OF AMERICA,

     Interested Party.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     Applicant's "Motion for Reconsideration of Dismissal Order Pursuant to Rule 59(e) in the 28 U.S.C. § 2241 Action Decided November 7th, 2013, and Motion for Expeditious Ruling" [Doc. # 58], filed on November 15, 2013, is DENIED as moot. The Court issued an Order Denying Motion for Reconsideration [Doc. #57] on November 15, 2013.

Dated: November 21, 2013